IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-HC-2132-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| CHRISTOPHER EDWARDS, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on respondent's 5 October 2011 motion to dismiss the government's petition for his commitment as a sexually dangerous person pursuant to 18 U.S.C. § 4248. (DE # 18.) Petitioner has responded and opposes the motion. The recent decision of the United States Court of Appeals for the Fourth Circuit in <u>United States v. Timms</u>, 664 F.3d 436 (4th Cir. 2012), forecloses all of the arguments made by respondent in his motion to dismiss. As a result, the motion to dismiss is DENIED.

This 18 May 2012.

_____
W. Earl Britt
Senior U.S. District Judge