IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-HC-2132-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| CHRISTOPHER EDWARDS, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on respondent's 5 October 2011 motion to dismiss the government's petition for his commitment as a sexually dangerous person pursuant to 18 U.S.C. § 4248. (DE # 18.) Petitioner has responded and opposes the motion. The recent decision of the United States Court of Appeals for the Fourth Circuit in United States v. Timms, 664 F.3d 436 (4th Cir. 2012), forecloses all of the arguments made by respondent in his motion to dismiss. As a result, the motion to dismiss is DENIED.

This 18 May 2012.

_____
W. Earl Britt
Senior U.S. District Judge