IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,
                Petitioner,
     v.                            **Judgment in a Civil Case**
CHRISTOPHER EDWARDS,
                Respondent.               Case Number: 5:11-HC-2132-BR

**Decision by Court.**

This action came before the Honorable W. Earl Britt, Senior United States District Judge, for a hearing on the Government's Certificate of a Sexually Dangerousness pursuant to 18 U.S.C. § 4248.

**IT IS ORDERED AND ADJUDGED** that the respondent Edwards is not a sexually dangerous person under the Adam Walsh Act and that the government release Edwards forthwith to the custody and supervision of the appropriate United States Probation Officer.

This Judgment Filed and Entered on July 26, 2012, with service on:
G. Norman Acker, III, Michael E. Lockridge, R.A. Renfer, Jr. and W. Ellis Boyle, (via CM/ECF Notice of Electronic Filing)
Lawrence H. Brenner, (via CM/ECF Notice of Electronic Filing)

July 26, 2012                      /s/ Julie A. Richards
                                            Clerk